(97 South. 588)

No. 25899.

## STATE v. FRIED.

(July 11, 1923.   Rehearing Denied Oct. 2, 1923.)

*(Syllabus by Editorial Staff.)*

**Criminal law ⚖═══1020—Supreme Court without jurisdiction of appeal from conviction for wife desertion.**

As under Act No. 34 of 1902, wife desertion is punishable by fine or imprisonment in parish jail for term not exceeding one year, the Supreme Court, under Const. 1921, art. 7, § 10, has no jurisdiction of appeal when fine exceeding $300 or imprisonment for term exceeding six months was not actually imposed.

Appeal from Twenty-Eighth Judicial District Court, Parish of Jefferson; Prentice E. Edrington, Judge.

Henry Fried was convicted of wife desertion, and he appeals. On motion to dismiss the appeal. Appeal dismissed.

See, also, 152 La. 710, 94 South. 327.

Andrew H. Thalheim, of Gretna, for appellant.

A. V. Coco, Atty. Gen., and C. A. Buchler, Dist. Atty., of Gretna (T. S. Walmsley, of New Orleans, of counsel), for the State.

O'NEILL, C. J. Appellant was convicted of the offense of wife desertion, being a violation of Act 34 of 1902. He was sentenced to pay a fine of $100, or, in default thereof, to be imprisoned in the parish jail for a term not exceeding six months. The state has moved to dismiss the appeal for want of jurisdiction.

According to section 10 of article 7 of the Constitution, this court has jurisdiction in criminal cases only where the penalty of death or imprisonment at hard labor might have been imposed, or where a fine exceeding $300 or imprisonment for a term exceeding six months has been actually imposed.

This is not a case in which the penalty of death or imprisonment at hard labor might have been imposed. The penalty prescribed by Act 34 of 1902 is a fine not exceeding $100, or imprisonment in the parish jail for a term not exceeding one year, or both the fine and imprisonment, at the discretion of the judge.

The appeal is dismissed.